UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 19-cv-24262-PCH

SABRINA SCOTT-WOLF and
SELENA STEVENS,

    Plaintiffs,

vs.

CARNIVAL CORPORATION, d/b/a
CARNIVAL CRUISE LINES,

    Defendant.
_____/

## NOTICE OF APPEARANCE

Please take notice that Laurence M. Krutchik, Esq. will be representing the Plaintiffs in the above styled case as co-counsel and requests that he be included on the service of all notices, pleadings, and other documents filed in this case at the following address:

    Laurence M. Krutchik, Esq.
    Law Office of Laurence M. Krutchik, P.A.
    7450 SW 172nd Street
    Palmetto Bay, Florida 33157
    Email: LMKAttorney@gmail.com
    Ph: (305) 537-6866

Respectfully submitted,

/s/ Laurence M. Krutchik, Esq.
LAW OFFICE OF LAURENCE M. KRUTCHIK, P.A.
Fla. Bar No. 0069449
LMKAttorney@gmail.com
7450 SW 172nd Street
Palmetto Bay, Florida 33157
Ph: (305) 537-6866

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this 29th day of January 2020 on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Laurence M. Krutchik, Esq.
LAURENCE M. KRUTCHIK

## SERVICE LIST

*Sabrina Scott-Wolf and Selena Stevens v. Carnival Corp.*
Case No.: 19-cv-24262-PCH

| Paul M. Hoffman, Esquire<br>HOFFMAN LAW FIRM<br>2881 East Oakland Park Boulevard<br>Fort Lauderdale, Florida 33306<br>Telephone: (954) 707-5040<br>Facsimile: (954) 315-1702<br>pmh@paulmhoffmanlaw.com<br>*Attorneys for Plaintiff* | William R. Seitz, Esq.<br>MASE MEBANE & BRIGGS, P.A.<br>2601 S. Bayshore Drive, Suite 800<br>Miami, FL 33133<br>Telephone: (305) 377-3770<br>Facsimile: (305) 377-0080<br>wseitz@maselaw.com<br>*Attorneys for Defendant* |