UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 19-cv-24262-PCH

SABRINA SCOTT-WOLF and
SELENA STEVENS,

    Plaintiffs,

vs.

CARNIVAL CORPORATION, d/b/a
CARNIVAL CRUISE LINES,

    Defendant.
_____/

## NOTICE OF FILING PROPOSED AGREED ORDER ON DEFENDANT'S MOTION TO DISMISS [ECF NO. 13]

Plaintiffs, SABRINA SCOTT-WOLF and SELENA STEVENS, by and through undersigned counsel, hereby give notice of filing the proposed Agreed Order on Defendant, CARNIVAL CORPORATION'S Motion to Dismiss [ECF NO. 13], attached as Exhibit "A." Plaintiffs' counsel conferred with Defendant's counsel who consents to entry of the proposed Agreed Order.

Respectfully submitted this 18th day of February 2020.

By: /s/ Laurence M. Krutchik, Esq.
LAW OFFICE OF LAURENCE M.
KRUTCHIK, P.A.
Attorney for Plaintiffs
7450 SW 172nd Street
Palmetto Bay, Florida 33157
Email: LMKAttorney@gmail.com
Telephone: (305) 537-6866

By: /s/ Paul M. Hoffman, Esq.
HOFFMAN LAW FIRM
Attorney for the Plaintiffs
2881 East Oakland Park Blvd.
Fort Lauderdale, FL 33306
Email: pmh@paulmhoffmanlaw.com
Telephone: (954) 707-5040

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Laurence M. Krutchik, Esq.
LAURENCE M. KRUTCHIK

## SERVICE LIST

*Sabrina Scott-Wolf and Selena Stevens v. Carnival Corp.*
Case No.: 19-cv-24262-PCH

| | |
|---|---|
| Paul M. Hoffman, Esquire<br>HOFFMAN LAW FIRM<br>2881 East Oakland Park Boulevard<br>Fort Lauderdale, Florida 33306<br>Telephone: (954) 707-5040<br>Facsimile: (954) 315-1702<br>pmh@paulmhoffmanlaw.com<br>*Attorney for Plaintiffs* | William R. Seitz, Esq.<br>Garrett Keane, Esq.<br>MASE MEBANE & BRIGGS, P.A.<br>2601 S. Bayshore Drive, Suite 800<br>Miami, FL 33133<br>Telephone: (305) 377-3770<br>Facsimile: (305) 377-0080<br>wseitz@maselaw.com<br>*Attorneys for Defendant* |