UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 19-cv-24262-PCH

SABRINA SCOTT-WOLF and
SELENA STEVENS,

    Plaintiffs,

vs.

CARNIVAL CORPORATION, d/b/a
CARNIVAL CRUISE LINES,

    Defendant.
_____/

### AGREED ORDER ON DEFENDANT'S MOTION TO DISMISS [ECF NO. 13]

THIS CAUSE having come before the Court on Defendant, CARNIVAL CORPORATION'S Motion to Dismiss [ECF No. 13] and the agreement of the parties, it is hereby

ORDERED AND ADJUDGED that:

1. Defendant's Motion is granted in part and denied in part.

2. Plaintiffs agree to file an Amended Complaint addressing certain issues raised in Defendant's Motion within ten (10) days from the date of this Order.

3. Defendant will address any remaining disputed issues in response to Plaintiff's Amended Complaint.

DONE AND ORDERED in Chambers at _Miami_____, Florida, this 12 day of _February_, 2020.

_____
United States District Judge

Copies furnished to: All Counsel of Record