UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 1:19-cv-24262-HUCK/MCALILEY

SABRINA SCOTT-WOLF and
SELENA STEVENS, ETC.,

    Plaintiffs,

vs.

CARNIVAL CORPORATION d/b/a
CARNIVAL CRUISE LINES,

    Defendant.
_____/

## ORDER DENYING CARNIVAL'S UNOPPOSED MOTION FOR STAY, RESCHEDULING TRIAL DATE, AND REVISING PRE-TRIAL SCHEDULING ORDER

**THIS CAUSE** came before the Court on Carnival Corporation's Unopposed Motion For Stay and, Additionally or Alternatively, Motion for Entry of An Order Administratively Closing this Case, filed on May 12, 2020 [ECF No. 23] (the "Motion"). Defendant seeks a stay and extension of all pending deadlines in this action because of Coronavirus-related restrictions. (*See generally id.*). Rather than staying the case, the Court believes it more appropriate to continue the trial in order to give the parties additional time to diligently prepare their case in light of the burdens imposed by Coronavirus-related restrictions. It is therefore hereby

**ORDERED AND ADJUDGED** that:

1. The Motion is **DENIED**.

2. Trial in this case is now set for Tuesday, December 1, 2020, at 9:00 a.m.

3. All deadlines in the Order Setting Trial and Pre-trial Schedule [ECF No. 9] are now based on the trial date of Tuesday, December 1, 2020.

4. The parties may agree to extend any of the pretrial deadlines except for the deadlines to submit dispositive motions, the joint pretrial stipulation, and the proposed jury instructions. If the parties agree on extending any deadlines, they shall file a stipulation with the Court setting forth the new deadlines.

5. Calendar call will now take place on Monday, November 23, 2020, at 9:00 a.m.

**DONE AND ORDERED** in Miami, Florida, this 13th day of May 2020.

_____
PAUL C. HUCK
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record by CM/ECF